**88-2008.** State, ex rel. Tomey, v. Steindurf. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2019.** State, ex rel. Cox, v. Tenth District Court of Appeals. In Procedendo. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2037.** State, ex rel. Mitchell, v. Seventh District Court of Appeals. In Mandamus and Procedendo. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright and H. Brown, JJ., concur.

Resnick, J., dissents.

**88-2044.** State, ex rel. Frazier, v. Fuerst. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2096.** State, ex rel. Long, v. Tate. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2097.** State, ex rel. Moorer, v. Tate. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.